# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 23-11   Complaint / (Warrant from Other District)

**Defendant:** Christopher Shaw

**Violation:** Failure to register under SORNA
18 USC 2250(a)(1)

**U.S. Attorney:** Lynn Schiffman

**Date Assigned:** 2/6/2023

**Interpreter Needed?**   Yes   (No)

**Sealed?**   Yes   (No)

**Court Date and Time:** _____

**Before Magistrate Judge:** _____